FILED by MB D.C.
ELECTRONIC
Jan. 23, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

## 09-60127-MC-GOLD/McALILEY

UNITED STATES OF AMERICA,

    Petitioner,

vs.

PER A LORENTZEN,

    Respondent.
_____/

PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS

The United States of America, by its attorney, R. Alexander Acosta, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.). This Court has jurisdiction of this action pursuant to 26 U.S.C. Sections 7402(b) and 7604(a), and 28 U.S.C. Sections 1340 and 1345.

II

Ellen H. Wraith, Revenue officer employed in Small Business\Self-Employed Division, South Atlantic Area of the Internal Revenue Service in West Palm Beach, Florida. The revenue officer is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

III

The respondent, Per A Lorentzen, can be found at 216 Garden Road, Palm Beach, Florida 33480, which is within the jurisdiction of this Court.

IV

Revenue Officer Ellen H. Wraith is conducting an investigation for the purpose of determining possible Federal income tax liabilities (Form 1040) of Per A Lorentzen for the taxable years ending December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006, as is set forth in the declaration of Revenue Officer Ellen H. Wraith hereto and incorporated herein by reference as Exhibit "A".

V

As part of the investigation on April 14, 2008, Revenue Officer Ellen H. Wraith issued an Internal Revenue Service summons (Form 6638) to Per A Lorentzen directing him to appear before Revenue Officer Ellen H. Wraith on May 30, 2008, to give

testimony and to produce for examination certain books, records, papers or other data, as described in said summons. On April 14, 2008, Revenue Officer Ellen H. Wraith personally served an attested copy of the summons to the respondent. The summons is attached to the revenue officer's declaration as Exhibit A-1 and incorporated herein by this reference.

VI

On May 30, 2008, the respondent did not appear.

On July 25, 2008, Counsel for the Internal Revenue Service sent a letter to the respondent directing him to appear on August 1, 2008. On August 1, 2008, the respondent did not appear. The respondent's refusal to comply with the summons continues to the date of this declaration through date of compliance.

VII

Information, books, records, papers, and other data, which may be relevant and material to the investigation, are in the possession, custody or control of the respondent.

VIII

The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

3

IX

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons, in order to complete the investigation of possible Federal income tax liabilities (Form 1040) of Per A Lorentzen for the taxable years ending December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006.

X

A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986 (26 U.S.C.), is not in effect with respect to Per A Lorentzen for the tax years under investigation.

XI

All administrative steps as required by the Internal Revenue Code for the issuance of the summons have been followed.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing respondent, Per A Lorentzen, to show cause, if any, why he should not comply with, and obey, the aforementioned summons in each and every requirement thereof; and

2. That the Court enter an order directing respondent, Per A Lorentzen, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is

required and called for by the terms of the summons before Revenue Officer Ellen H. Wraith or any other proper officer or employee of the Internal Revenue Service; and

    3. That this Court further order that petitioner be given thirty days (30) from the date of the Order within which to serve respondent with the same; and

    4. That the United States recover its costs in maintaining this action; and

    5. That this Court grants such other and further relief as is just and proper.

                                      R. ALEXANDER ACOSTA
                                      United States Attorney

By: _____
     Marilynn K. Lindsey
     Assistant U.S. Attorney
     Fla. Bar No. 0230057
     Email: Marilynn.Lindsey@usdoj.gov
     500 E. Broward Blvd., Ste. 700
     Fort Lauderdale, FL 33394
     Tel: 954-356-7255 ext. 3610
     Fax: 954-356-7180

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

vs.

PER A LORENTZEN,

    Respondent.
_____/

DECLARATION OF ELLEN H. WRAITH,
REVENUE OFFICER, INTERNAL REVENUE SERVICE

I, Ellen H. Wraith hereby declare as follows:

    1.    I am a duly commissioned revenue officer of the Internal Revenue Service employed in the Small Business/Self-Employed Division, South Atlantic Area, in West Palm Beach, Florida. As a revenue officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

    2.    In my capacity as a revenue officer, I am conducting an investigation into the Federal individual income tax liabilities (Form 1040) of Per A Lorentzen for the taxable years ending December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006.

    3.    As part of the investigation, on April 14, 2008, I issued an administrative summons (Form 6638) to Per A Lorentzen



Exhibit A

by the summons, in order to complete the investigation regarding the Federal individual income tax liabilities (Form 1040) of Per A Lorentzen for the tax years ending December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006.

9. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been followed.

10. A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986, as amended, is not in effect with respect to Per A Lorentzen for the tax years under investigation.

I declare under penalty of perjury, pursuant to 28 U.S.C. ' 1746, that the foregoing is true and correct.

Executed this 13th day of August, 2008.

ELLEN H. WRAITH
Revenue Officer
Internal Revenue Service

3

# Summons

## Income Tax Return

In the matter of  PER A LORENTZEN
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 3 (23)
Periods:  Form 1040 for the calendar periods ending December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006 and December 31, 2007

### The Commissioner of Internal Revenue

To:  PER A LORENTZEN
At:  216 GARDEN RD,  PALM BEACH, FL  33480-3220

You are hereby summoned and required to appear before ELLEN H. WRAITH, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years:  2003, 2004, 2005, 2006 and 2007

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*.  Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return:  2003, 2004, 2005, 2006 and 2007

We have attached a blank return to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

1700 PALM BEACH LAKES BLVD.,  SUITE 500,  WEST PALM BEACH, FL  33401-2012  (561) 616-2038

Place and time for appearance: At  1700 PALM BEACH LAKES BLVD.,  SUITE 500,  WEST PALM BEACH, FL  33401-2012

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6638 (Rev.4-2005)
Catalog Number 61828W

on the  30th  day of  May , 2008  at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  14th  day of April                , 2008

ELLEN H. WRAITH  *(signature)*
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

Exhibit  A-1

Original -- to be kept by IRS



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
ROYAL PALM BLDG., SUITE 300
1000 SOUTH PINE ISLAND ROAD
PLANTATION, FLORIDA 33324
PHONE (954) 423-7945
FAX (954) 423-7930

JUL 2 5 2008

CC:SB:3:FTL:GL-132027-08
LRPollack

Per A Lorentzen
216 Garden Road
Palm Beach, Florida 33480-3220

In re:  Taxpayer: Per A Lorentzen
        Date summons served: April 14, 2008
        Date of appearance: May 30, 2008

Dear Mr. Lorentzen:

The Internal Revenue Service's Territory Manager (SBSE-South Atlantic Area) in Plantation, Florida has notified me that you did not comply with the above summons (copy enclosed) requiring you to give testimony or produce documents. Revenue Officer E. Hale Wraith is seeking information and documents pertaining to outstanding U.S. Federal Income Tax Returns for tax years ending December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, and December 31, 2007.

Legal proceedings in the United States District Court may be brought against you should you choose not to appear or comply with the summons. To avoid such proceedings, you should keep the appointment that has been arranged for you with the Revenue Officer identified on the attached sheet. Please bring to the address listed on the attached sheet, at the date and time shown, all documents and records specified in the summons.

Exhibit A-2

CC:SB:3:FTL:GL-132027-08

    If you have any questions, please contact the Revenue Officer.

                  Sincerely yours,

                  DONALD L. KORB
                  Chief Counsel
                  Internal Revenue Service

          By: _____
                  KENNETH A. HOCHMAN
                  Associate Area Counsel, SBSE
                  IRS I.D. No. 58-6770

Attachment: As stated.
Enclosure: Copy of Summons

CC:SB:3:FTL:GL-132027-08

Attachment

| | |
|---|---|
| Revenue Officer: | E. Hale Wraith |
| Address: | Internal Revenue Service<br>1700 Palm Beach Lakes Blvd.<br>Suite 500<br>West Palm Beach, Florida 33401 |
| Phone: | (561) 616-2038 |
| Appointment Date: | August 1, 2008 |
| Appointment Time: | 10:00 a.m. |



# Summons

## Income Tax Return

In the matter of  PER A LORENTZEN
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 3 (23)
Periods:  Form 1040 for the calendar periods ending December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006 and December 31, 2007

**The Commissioner of Internal Revenue**

**To:** PER A LORENTZEN
**At:** 216 GARDEN RD, PALM BEACH, FL 33480-3220

You are hereby summoned and required to appear before ELLEN H. WRAITH, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2003, 2004, 2005, 2006 and 2007

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2003, 2004, 2005, 2006 and 2007

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

1700 PALM BEACH LAKES BLVD., SUITE 500, WEST PALM BEACH, FL 33401-2012  (561) 616-2038

Place and time for appearance: At  1700 PALM BEACH LAKES BLVD., SUITE 500, WEST PALM BEACH, FL 33401-2012



Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6638 (Rev. 4-2005)
Catalog Number 61828W

on the  30th  day of  May , 2008  at  10:00  o'clock  a  m.
Issued under authority of the Internal Revenue Code this  14th  day of  April         , 2008

ELLEN H. WRAITH
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

**Original** -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date 4/14/2008

Time 4:18 PM EST

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed.

Per A. Lorentzen

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Signature _Patrick Moore 4522_

Title Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature

Title Revenue Officer

Catalog No. 61828W

Form **6638** (Rev. 4-2005)

```
09-60127-MC-GOLD/McALILEY
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

FILED by MB D.C.
ELECTRONIC
Jan. 23, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**DEFENDANTS**
PER A. LORENTZEN

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
MARILYNN KOONCE LINDSEY
United States Attorney's Office
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394

Attorneys (If Known)

0:09mc-60127-Gold-McAliley

**(d)** Check County Where Action Arose: ☐ DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
IRS SUMMONS ENFORCEMENT ACTION, 26 USC 7402(b) and 7604(a)

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 1/23/09
SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT Waived APPLYING IFP _____